United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WILSON,

    Plaintiff,

vs.

BEN CURRY, Warden,

    Defendants.
_____/

No. C 09-0326 PJH (PR)

**ORDER OF DISMISSAL**

This pro se civil rights action was filed on January 26, 2009. On that same day the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 16, 2009.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\CR.09\WILSON0326.DSM-IFP.wpd